No. 1843, Misc.   LEHMAN v. NEW JERSEY.   Super. Ct. N. J.   Certiorari denied.   *Gerald T. Foley, Jr.,* for petitioner.   *James A. O'Neill* and *Henry Gorelick* for respondent.

No. 1854, Misc.   STEAD v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1845, Misc.   COLLINS v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Richard T. Conway* for petitioner.   *Solicitor General Griswold* for the United States.

No. 1850, Misc.   ALEXANDER v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Sam Sparks* for petitioner. *Solicitor General Griswold* for the United States.

No. 1856, Misc.   BECKETT v. NEW JERSEY.   Super. Ct. N. J.   Certiorari denied.   *Robert N. McAllister, Jr.,* for respondent.

No. 1858, Misc.   MORALES v. CRAVEN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 1860, Misc.   SHERROD v. WARDEN, MARYLAND HOUSE OF CORRECTION.   C. A. 4th Cir.   Certiorari denied.

No. 1863, Misc.   GUERRERO v. BETO, CORRECTIONS DIRECTOR.   Ct. Crim. App. Tex.   Certiorari denied.

No. 1865, Misc.   DISHMAN v. FITZHARRIS, TRAINING FACILITY SUPERINTENDENT, ET AL.   Sup. Ct. Cal.   Certiorari denied.